FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 21, 2026 10:19 AM
Lucy H.Carrillo, Clerk of Court

KENNETH M. SORENSON
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Darren.Ching@usdoj.gov

ANDREW S. HUANG, Trial Attorney
DON DANIEL, Trial Attorney
ALBERT B. SAMBAT, Trial Attorney
ANDREW J. MAST, Assistant Chief
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Email: Albert.Sambat@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR **26-00121 SASP** |
| Plaintiff, | NOTICE OF RELATED CASE |
| vs. | |
| ROBERT MANNING, | |
| Defendant. | |

NOTICE OF RELATED CASE

Pursuant to Crim. Local Rule 40.2, the United States Attorney gives notice herein that the above-captioned Information involves the same transactions and subject matter as the following proceeding: United States v. Alan Hayward JAMES, (Case No. CR 26-00031 SASP).

Defendant ROBERT MANNING is charged in Counts 1, 2, and 4 of the Information for his role in wire-fraud, money-laundering and bid-rigging conspiracies at various periods between at least October 2018 and continuing to in or about October 2022 in relation to information technology contracts. Defendant Manning is also charged with a single count of Bribery in Count 3.

Similarly, Defendant ALAN HAYWARD JAMES was charged in Counts 1 and 3 in a separate three-count Information filed on March 20, 2026 for his role in wire-fraud and bid-rigging conspiracies beginning at least April 2016 and continuing to in or about April 2025, also in relation to information technology contracts. JAMES was also charged with a single count of bribery in Count 2 of his Information.

The wire-fraud and bid-rigging conspiracies that both MANNING and JAMES are charged with arise out of the same or substantially identical transactions happenings, or events in that they are in relation to many of the same information technology contracts and involve the same coconspirators. Moreover,

the bribery counts that MANNING and JAMES are charged with also arise out of the same or substantially identical transactions, happenings, or events in that they involve the same public official referenced as, "Coconspirator Individual 1" in both Informations.

For the foregoing reasons, the above-caption information should be related to United States v. Alan Hayward JAMES, (Case No. CR 26-00031 SASP) since said actions would be more expeditiously handled if assigned to the same judge.

DATED: October 21, 2026, at Honolulu, Hawaii.

Respectfully submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By *[/s/ Darren W.K. Ching]*
DARREN W.K. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA